United States District Court
Southern District of Texas
**ENTERED**
January 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| NKEMATEATSA AZEATEH CELESTIN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-113 |
| | § | |
| ORLANDO RODRIGUEZ *et al.* | § | |

### ORDER

Before the Court are Petitioner Nkemateatsa Azeateh Celestin's Petition for Writ of Habeas Corpus and Motion for an Order to Show Cause as to Petition for Writ of Habeas Corpus (Dkt. Nos. 1, 2). Having reviewed the pleadings and given the complexity of the claims, the Court hereby **ORDERS** Respondents to file a response and serve it on Petitioner within **five (5) days** of the date of service. The responsive pleading **must** specifically address whether this Court has jurisdiction to entertain this Petition. *See Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004). **Given the time-sensitive nature of Petitioner's claims, no extensions will be granted**.

The Clerk of Court is **DIRECTED** to serve a copy of Petitioner's Writ of Habeas Corpus (Dkt. No. 1), Motion for an Order to Show Cause as to Petition for Writ of Habeas Corpus (Dkt. No. 2), their attachments (Dkt. Nos. 1-1, 1-2, 2-1), and this Order on Respondents via certified mail return receipt requested at the following addresses:

Orlando Rodriguez
Warden at the Webb County Detention Center
9998 S. Hwy 83
Laredo, Texas 78046

Juan Agudelo
Field Office Director for Enforcement and Removal Operations
1717 Zoy Street
Harlingen, Texas 78552

Pursuant to Federal Rule of Civil Procedure 4(i)(2), the Clerk of Court is **DIRECTED** to serve copies of Petitioner's Writ of Habeas Corpus (Dkt. No. 1), Motion for an Order to Show Cause as to Petition for Writ of Habeas Corpus (Dkt. No. 2), their attachments (Dkt. Nos. 1-1, 1-2, 2-1), and this Order via certified mail return receipt requested on the following:

> United States Attorney
> Attention: Civil Process Clerk
> 1000 Louisiana Street, Suite 2300
> Houston, Texas 77002

*See also* Rules 1(b), 12 of the Rules Governing Section 2254 Proceedings.

The Clerk of Court is also **DIRECTED** to electronically serve a courtesy copy of this Order on the Southern District of Texas's Civil Chief Daniel Hu at USATXS.CivilNotice@usdoj.gov.

It is further **ORDERED** that if Petitioner elects to file a reply, he may do so no later than **three (3) days** after Respondents file their respective answers or responses. *See* Rule 5(e) of the Rules Governing Section 2254 Proceedings.

To preserve the status quo while the Court considers this matter, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer of Petitioner outside the Southern District of Texas, Laredo Division, or any planned removal of him from the United States, **<u>at least five (5) days before</u>** any such transfer or removal.

Finally, Respondents will not be served further notice of activity on this docket. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

It is so **ORDERED**.

**SIGNED** January 26, 2026.

Marina Garcia Marmolejo
United States District Judge